IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

Carol Wilkerson,

    Plaintiff

vs.

Grinnell Corporation

    Defendant

CASE NUMBER: 6:99-CV-133

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __Carol Wilkerson__ has deposited with the Court the sum of $ __500.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in a non interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __9th__ day of __September__, __2019__, by Order of this Court.

SCOTT L. POFF, CLERK

By: _____
    Deputy Clerk

(Rev. 9/02)

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV036291
Cashier ID: wprescot
Transaction Date: 09/09/2019
Payer Name: CAROL WILKERSON
-----------------------------------
TREASURY REGISTRY
 For: CAROL WILKERSON
 Case/Party: D-GAS-6-99-CV-000133-001
 Amount:       $500.00
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 5045
 Amt Tendered: $500.00
-----------------------------------
Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00
```